IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN HODGES,**

    Plaintiff,

v.                                         CASE NO. 4:04-cv-00380-SPM-AK

**CITY OF QUINCY,**

    Defendant.

_____/

## O R D E R

This matter is before the Court on Defendant's Motion for Extension of Time to File Dispositive Motions. (Doc. 30). Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and the time for filing dispositive motions shall be extended to May 17, 2005, and the response time shall be extended to May 31, 2005.

**DONE AND ORDERED** at Gainesville, Florida, this __10th__ day of May, 2005.

                                            s/ A. KORNBLUM
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**