**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JOHN HODGES,**

        **Plaintiff,**

**vs.**                            **CASE NO.  4:04-CV-380-SPM**

**CITY OF QUINCY, FLORIDA,**

        **Defendants.**

_____/

**ORDER DIRECTING MEDIATION**

      **THIS CAUSE** comes *sua sponte* before the Court.  It appears that the

parties may benefit from an additional mediation session in order to assist them

in resolving this case.  Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      The parties are specifically directed to mediate with **Paul**

             **Remillard**, 3201 Shamrock Street South, Suite 102, Tallahassee,

             Florida 32309, (850) 656-7821.

      2.      The mediation shall be completed on or before ***December 2, 2005***.

      3.      The mediation report shall be filed on or before ***December 9, 2005***.

      **DONE AND ORDERED** this <u>eighth</u> day of November, 2005.

                    _s/ Stephan P. Mickle_____

                    Stephan P. Mickle
                    United States District Judge

/pao