**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JOHN HODGES,**

      **Plaintiff,**

**vs.**                             **CASE NO.  4:04-CV-380-SPM**

**CITY OF QUINCY, FLORIDA,**

      **Defendants.**

_____/

**ORDER OVERRULING DEFENDANT'S OBJECTION TO
ORDER DIRECTING MEDIATION**

      **THIS CAUSE** comes before the Court upon the "Defendant's Objection

and Request to Withdraw November 8, 2005 Order Directing Mediation" (doc. 76)

filed November 11, 2005 and "Plaintiff's Response to City of Quincy's Continued

Opposition to Settlement Efforts" (doc. 79) filed November 18, 2005.  Having

been notified that the previous mediation with James Joanos resulted in an

impasse, the Court suggested that further mediation with a different mediator

might be of use in this case.  To that end, the Court entered an order directing

the parties to mediate with Paul Remillard on or before December 2, 2005 and

file a report on or before December 9, 2005.

      Defendant's objections are not sufficient to warrant vacating the Court's

order.  The Court has great discretion in encouraging settlement discussions,

and has the general authority to select a mediator where there is disagreement between the parties.  *See, e.g.*, <u>Perez v. Checkers Drive-In Restaurants, Inc.</u>, 2005 WL 3054057 at *4 (M.D. Fla. 2005); <u>Sierra Club v. United States Army Corps of Eng'rs</u>, 2005 WL 3019264 at *12 n.25 (M.D. Fla. 2005).

Paul Remillard is well-qualified and has an excellent settlement record. The Court has selected Mr. Remillard to handle the mediation, and the parties shall conduct themselves accordingly.  It is

**ORDERED AND ADJUDGED** as follows:

1.      The objection and request to withdraw (doc. 76) is hereby *denied*.

2.      The parties are specifically directed to mediate with **Paul Remillard**, 3201 Shamrock Street South, Suite 102, Tallahassee, Florida 32309, (850) 656-7821.

3.      The mediation shall be completed on or before ***January 20, 2006***.

4.      The mediation report shall be filed on or before ***January 27, 2006***.

5.      No further objections on this issue shall be entertained.

**DONE AND ORDERED** this <u>twenty-ninth</u> day of November, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao